# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERXAVIER LANE

NO. 2020 KW 0045

APR 2 8 2020

---

In Re:   JerXavier Lane, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 16-WFLN-616, 16-WFLN-650 & 16-WMSD-657

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the application for postconviction relief and supporting memorandum, the State's answer (if any), the bills of information, the **Boykin** and sentencing transcript, the criminal court minutes, and documentation of the disciplinary proceedings. Accordingly, this court cannot adequately review the trial court's ruling herein. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983); La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before July 2, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT